IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRAIG A. BROOKS                                                        PLAINTIFF

v.                             CIVIL NO. 07-2060

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## **O R D E R**

On this 27th day of August, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

For reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on July 29, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,205.76, representing 9.45 attorney hours, at the hourly rate of $125.00, and for $24.51 in expenses.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                   /s/Jimm Larry Hendren
                                                   HON. JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE